UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 06, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>KENYATTA ALEXANDER,<br><br>           Defendant. | Case No. 2:22-mj-00162-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>KENYATTA ALEXANDER</u> , Case No. <u>2:22-mj-00162-AC</u>  Charge <u>18 U.S.C. § 371</u>, from custody for the following reasons:

    _____  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $  **$50,000 unsecured bond, cosigned by the defendant's fiancée, Mercedes Jones.**

    _____  (Other):

Issued at Sacramento, California at 3:01 PM

Dated: December 6, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE