TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
KENYATTA ALEXANDER

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-0058 DJC |
| Plaintiff, | |
| v. | **WAIVER OF PERSONAL APPEARANCE** |
| KENYATTA ALEXANDER, | |
| Defendant. | |

    Pursuant to Fed.R.Crim.P. 43, KENYATTA ALEXANDER, hereby waives the right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that he will agree to be personally present for any change of plea, sentencing, or jury trial, and he agrees to be personally present in Court when ordered to do so.

    Defendant hereby requests the Court to proceed during his absence and agrees his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant was personally present. The defendant further acknowledges he has

- 2 -

been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Dated:  February 7, 2024         */s/ Kenyatta Alexander*
                                 KENYATTA ALEXANDER
                                 Defendant

Dated:  February 7, 2024         */s/ Tasha Paris Chalfant*
                                 TASHA PARIS CHALFANT
                                 Attorney for Defendant

(Original Signatures on File at Attorney's Office)

- 3 -

**IT IS SO ORDERED.**

Dated:  February 8, 2024                  /s/ Daniel J. Calabretta
                                          _____
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE